IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SERGIO FACUNDO, on behalf of himself and all others similarly situated and JUAN MARTINEZ, ) ) ) ) | |
| Plaintiffs, ) | Civil Action No.: 4:15-CV-808-ALM |
| v. ) | JURY DEMANDED |
| GANT CONTRACTORS, INC. and PAUL E. GANT, ) ) ) ) | |
| Defendants. ) | |

**ORDER DISMISSING CASE WITH PREJUDICE**

Before the court is the Agreed Motion To Dismiss With Prejudice of Plaintiffs, Sergio Facundo and Juan Martinez, the individuals that have filed a consent pursuant to 29 U.S.C. Sec. 216 (b) to opt-in to become a plaintiff, Osbaldo Ocana, Mario Gonzales, Oscar Martinez and Leopoldo Licea, and Defendants, Gant Contractors, Inc. and Paul E. Gant, seeking dismissal with prejudice. The court is of the opinion that the motion should be granted. IT IS THEREFORE ORDERED that the Agreed Motion to Dismiss is GRANTED, this case is DISMISSED WITH PREJUDICE, and costs and fees, including attorneys' fees will be borne by those incurring the same. The court HEREBY retains jurisdiction to enforce the terms of the settlement agreement of the parties to the settlement agreement.

THIS IS A FINAL JUDGMENT